December 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES PATRICK PHILLIPS, Appellant

NO. 14-12-00897-CV                 V.

STACEY LYNN PHILLIPS, Appellee

_____

This cause, an appeal from an Agreed Final Decree of Divorce, signed June 22, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, James Patrick Phillips, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.